# Third District Court of Appeal
## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2056
Lower Tribunal No. 21-1407-A-K
_____

**Tiffany Ballard,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Monroe County, Mark Wilson, Judge.

Tiffany Ballard, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.